UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TODD H. NEUENSCHWANDER,

Plaintiff,

v. Case No. 25-CV-1829

JOY TASSLER et al.,

Defendants.

---

**ORDER**

---

Plaintiff Todd H. Neuenschwander is currently incarcerated at Prairie du Chien Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. Plaintiff filed a motion for summary judgment on July 17, 2026. (ECF No. 36.) Defendants filed a motion for summary judgment on August 31, 2026. (ECF No. 46.) On September 8, 2026, Plaintiff filed a second motion for summary judgment. (ECF No. 56.) This matter comes before the Court on Defendants' motion to strike Plaintiff's second motion for summary judgment and for clarification (ECF No. 65) as well as Plaintiff's motion for an extension of time (ECF No. 66).

Defendants request that the Court strike Plaintiff's second motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(f). Rule 12(f) is not the proper vehicle for Defendants' request. That rule provides that a court may strike any redundant, immaterial, impertinent, or scandalous matter from a *pleading*. Fed. R. Civ. P. 12(f). A motion is not a pleading. *See* Fed. R. Civ. P. 7. In any event, the Court has the inherent power to strike filings other than pleadings. *See Kitson v. Bank of Edwardsville*, 240 F.R.D. 610, 611 (S.D. Ill. 2006) (citations omitted). The Court will strike Plaintiff's second motion for summary judgment because

it is substantially similar to his first motion. Defendants have already filed a response to Plaintiff's first motion for summary judgment. It would be an ineffective use of time and resources for Defendants to brief the issues a second time and for the Court to analyze a duplicate motion. Accordingly, Defendants' motion to strike will be granted.

Plaintiff has filed a motion for a thirty-day extension of time to respond to Defendants' motion for summary judgment. The Court will grant Plaintiff's motion. Plaintiff's response materials are due **November 2, 2026**.

**IT IS THEREFORE ORDERED** that Defendants' motion to strike (ECF No. 65) is **GRANTED**. Plaintiff's second motion for summary judgment (ECF No. 56), the declaration of Joseph Clark (ECF No. 57), Plaintiff's proposed findings of fact (ECF No. 58), and Plaintiff's brief in support (ECF No. 59) are **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that Defendants' motion to clarify (ECF No. 65) is **DENIED as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for an extension of time (ECF No. 66) is **GRANTED**. Plaintiff's response materials to Defendants' motion for summary judgment are due **November 2, 2026**. If Plaintiff does not file his response materials or request additional time to do so by the deadline, the Court will assume all facts asserted by Defendants to be true and will decide the motion without Plaintiff's input.

Dated at Green Bay, Wisconsin on October 7, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge